IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ADALYNN MARIE FARLEY | ) | Case No. 19−32860−KLP |
| | ) | Chapter 13 |
| Debtor | ) | |

### MOTION TO APPOINT GUARDIAN *AD LITEM*

COMES NOW, the Debtor, by counsel, and pursuant to Rule 1004.1 of the Federal Rules of Bankruptcy Procedure, moves this Court to appoint a Guardian *Ad Litem* for the Debtor herein, and in support hereof, states as follows:

1. On May 30, 2019 the Debtor filed the Chapter 13 petition herein by her next friend and mother, Marisela Lopez, pursuant to Federal Rule of Bankruptcy Procedure 1004.1.

2. The Debtor is a minor who inherited the real estate and improvements located at 2306 Fon-Du-Lac Road, Henrico, VA ("Property") by intestate succession upon the death of her father.

3. The Debtor and her mother currently live with the mother's family and it is their intention and desire to move into the Property so that it may serve as their principal residence.

4. The Property is encumbered by a deed of trust in favor of Bayview Loan Servicing ("Bayview").

5. At the time of the filing of this case, the Bayview loan was delinquent in excess of $9,000.00. Despite the efforts of the Debtor's mother requesting additional time from Bayview to cure the delinquency, Bayview elected to proceed with foreclosure on the Property.

6. Bayview scheduled a foreclosure sale on the Property for May 31, 2019. A copy

of the Notice of Trustee's Sale is attached hereto as Exhibit "A" and is incorporated herein.[1]

7.  The Debtor lives with her mother, Marisela Lopez who is the sole provider for the Debtor.

WHEREFORE, the Debtor moves the Court for an order appointing Marisela Lopez, as Guardian *ad Litem* for the Debtor Adalynn Marie Farley, and for such other relief as the Court may deem appropriate.

Respectfully submitted,

ADALYNN MARIE FARLEY
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I certify that on July 24, 2019, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest of the mailing matrix attached hereto.

/s/ James E. Kane
Counsel for Debtor

---

[1] Unbeknownst to counsel and the Debtor's mother, on May 17, 2019 the foreclosure sale was cancelled and the loan is on a "Deceased Borrower Hold" through July 16, 2019. This information was conveyed by Bayview's counsel to Debtor's counsel after the case was filed.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: )<br>)<br>ADALYNN MARIE FARLEY )<br>)<br>Debtor ) | Case No. 19−32860−KLP<br>Chapter 13 |

### NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that the Debtor in this case has filed with the Court a Motion to Appoint a Guardian *ad Litem*.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must on or before 3 days prior to the hearing on this matter:

- File with the Court, at the address shown below, a written request for a hearing.  If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

    United States Bankruptcy Court
    Eastern District of Virginia
    701 E. Broad Street, Suite 4000
    Richmond, Virginia 23219

    You must also mail a copy to:

    James E. Kane, Esquire
    KANE & PAPA, P.C.
    P.O. Box 508
    Richmond, VA 23218-0508

- Attend the hearing scheduled for **August 28, 2019 at 10:00 a.m.** at the U.S. Bankruptcy Court, 701 E. Broad St., Room 5100, Richmond, VA 23219.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

3

Respectfully submitted,

ADALYNN MARIE FARLEY
By Counsel


/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*


**CERTIFICATE OF SERVICE**

    I certify that on July 24, 2019, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest of the mailing matrix attached hereto.


/s/ James E. Kane
Counsel for Debtor

## TRUSTEE SALE
### 2306 Fon Du Lac Rd, Glen Allen, VA 23229
### Henrico County



In execution of a Deed of Trust in the original principal amount of **$184,400.00**, dated **May 25, 2007** recorded in the Clerk's Office of the Circuit Court of the **Henrico County, Virginia**, in **Document No. 27934, in Book No. 4348, at Page 1302,** default having occurred in the payment of the Note thereby secured and at the request of the holder of said Note, the undersigned Substitute Trustee will offer for sale at public auction at the entrance to the **Circuit Court Building of the County of Henrico, 4301 East Parham Road, Henrico, VA 23273**, on **May 31, 2019 at 9:30 AM** the property described in said deed, located at the above address and briefly described as:

**Lot 7, Block Q, West Lawn and more particularly shown on plat of Cavalier Park, Section B, with improvements thereon.**

**Subject to any and all covenants, conditions, restrictions, easements, and all other matters of record taking priority over the Deed of Trust, if any, affecting the aforesaid property.**

**TERMS OF SALE: CASH:** A deposit of $20,000.00 or 10% of the sales price, whichever is lower, cash or certified check will be required at the time of sale, but no more than $10,000.00 of cash will be accepted, with settlement within fifteen (15) days from the date of sale. Sale is subject to post sale confirmation that the borrower did not file for protection under the U.S. Bankruptcy Code prior to the sale which affects the validity of the sale, as well as to post-sale confirmation of the status of the loan with the loan servicer including, but not limited to, determination of whether the borrower entered into any repayment agreement, reinstated or paid off the loan prior to the sale. In any such event, the sale shall be null and void, and the Purchaser's sole remedy, in law or equity, shall be the return of his deposit without interest. Additional terms may be announced at the time of sale. Pursuant to the Federal Fair Debt Collection Practices Act, we advise you that this firm is a debt collector attempting to collect the indebtedness referred to herein and any information we obtain will be used for that purpose.

SAMUEL I. WHITE, P.C., Substitute Trustee

This is a communication from a debt collector.
**FOR INFORMATION CONTACT:**
SAMUEL I. WHITE, P.C. **(69599)**
5040 Corporate Woods Drive, Suite 120
Virginia Beach, Virginia 23462
757-457-1460 - **Call Between 9:00 a.m. and 5:00 p.m.**
or visit our website at www.siwpc.net

To: **Style Weekly**

SAMUEL I. WHITE, P.C.

√_____
cc: Bayview Loan Servicing, LLC
Ad runs: **May 15, 2019 and May 22, 2019**

```
Label Matrix for local noticing            (p)21ST MORTGAGE CORPORATION             UST smg Richmond
0422-3                                     PO BOX 477                                Office of the U. S. Trustee
Case 19-32860-KLP                          KNOXVILLE TN 37901-0477                   701 East Broad St., Suite 4304
Eastern District of Virginia                                                         Richmond, VA 23219-1849
Richmond
Wed Jul 24 11:49:30 EDT 2019

United States Bankruptcy Court             Bayview Loan Servicing                    Bayview Loan Servicing
701 East Broad Street                      4425 Ponce De Leon                        PO Box 650091
Richmond, VA 23219-1888                    5th Floor                                 Dallas, TX 75265-0091
                                           Coral Gables, FL 33146-1837


Samuel I. White, PC                        Adalynn Marie Farley                      Carl M. Bates
1804 Staples Mill Road                     12261 Kain Road                           P. O. Box 1819
Suite 200                                  Glen Allen, VA 23059-5720                 Richmond, VA 23218-1819
Richmond, VA 23230-3530


James E. Kane                              John P. Fitzgerald, III
Kane & Papa, PC                            Office of the US Trustee - Region 4 -R
1313 East Cary Street                      701 E. Broad Street, Ste. 4304
P.O. Box 508                               Richmond, VA 23219-1849
Richmond, VA 23218-0508
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
21st Mortgage Corporation                  (d)21st Mortgage Corporation
PO Box 477                                 P.O. Box 477
Knoxville, TN 37901                        Knoxville, TN 37901-0000
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bayview Loan Servicing LLC              End of Label Matrix
                                           Mailable recipients    10
                                           Bypassed recipients     1
                                           Total                  11
```